JS-6

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEANNA ALVAREZ,** | **Case No.:** 2:22-cv-07739-PA-PD |
| Plaintiff, | *HON. PERCY ANDERSON* |
| v. | *HON. MAG. PATRICIA DONAHUE* |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | **ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |
| Defendant. | |

///

///

///

///

///

///

///

# ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: May 11, 2023

_____
Percy Anderson
United States District Judge